

_____
**ROBERT A. GORDON
U. S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

| | |
|---|---|
| **In re:** | **Case No.  11–18233 – RAG** |
| **Albert James Gonzalez Jr.** | **Chapter   7** |
| **Angel Lynnee Lennon Gonzalez** | |
| **Debtor(s)** | |
| **Movant(s)** | **No. 20** |
| **JPMorgan Chase Bank, N.A.** | |
| **vs.** | |
| **Respondent(s)** | |
| **Albert James Gonzalez Jr.** | |
| **Angel Lynnee Lennon Gonzalez** | |

### ORDER DENYING MOTION FOR RELIEF
### FROM AUTOMATIC STAY AS MOOT
### AFTER DISCHARGE OF DEBTOR

   On July 26, 2011, an Order was entered discharging Debtor(s) after completion of the Chapter 13 Plan. Consequently, there is no continuing jurisdiction to try the above–captioned motion. Upon the Debtor(s) discharge, the automatic stay is terminated pursuant to 11 U.S.C. §§ 362(c)(1) and (2)(c). It is, therefore, by the United States Bankruptcy Court for the District of Maryland,

   ORDERED, that the above–captioned motion herein is denied, without prejudice, as moot.

cc:   Movant(s)' Counsel – Randa Azzam
      Chapter 7 Trustee – Marc H. Baer

**37.5 –** *larter*

**End of Order**

**End of Order**